U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEA[R]

07CV6177
JUDGE GETTLEMAN
MAG. JUDGE SCHENKIER

NOTE: In order to appear before this Court an atto[rney must be in good] standing of this Court's general bar or be granted l[eave to appear pro hac vice as provided] by Local Rules 83.12 through 83.14.

In the Matter of

Trustees of Central States, Southeast and Southwest Areas Health and Welfare Fund v. Christopher Wheeler

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Trustees of Central States, Southeast and Southwest Areas Health and Welfare Fund

**FILED**
J:N Nov. 1, 2007
NOV X 1 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Robert A. Coco |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Robert A. Coco |

| FIRM |
|---|
| Central States, Southeast and Southwest Areas Health and Welfare Fund |

| STREET ADDRESS |
|---|
| 9377 West Higgins Road |

| CITY/STATE/ZIP |
|---|
| Rosemont, Illinois  60018-4938 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| Illinois ARDC #06194766 | (847)518-9800, ext. 3322 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |