## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

07CV6177
JUDGE GETTLEMAN
MAG. JUDGE SCHENKIER

In the Matter of

Trustees of Central States, Southeast and Southwest Areas Health and Welfare Fund v. Christopher Wheeler

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Trustees of Central States, Southeast and Southwest Areas Health and Welfare Fund

FILED
NOV X 1 2007
NOV. 1, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) William J. Nellis | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ William J. Nellis | |
| FIRM Central States, Southeast and Southwest Areas Health and Welfare Fund | |
| STREET ADDRESS 9377 West Higgins Road | |
| CITY/STATE/ZIP Rosemont, Illinois 60018-4938 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) Illinois ARDC #02028867 | TELEPHONE NUMBER (847)518-9800, ext. 2850 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐　APPOINTED COUNSEL ☐ | |