UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF CENTRAL STATES, )
SOUTHEAST AND SOUTHWEST )
AREAS HEALTH AND WELFARE FUND, )
)
Plaintiffs, )
)
v. ) Case No. 07 C 6177
) Judge Gettleman
CHRISTOPHER WHEELER, )
)
Defendant. )

### AFFIDAVIT OF ELIZABETH A. LONGO

State of Illinois    )
                     ) SS
County of Cook       )

NOW COMES Elizabeth A. Longo, having been duly sworn, upon her oath, and states the following facts to be true of her own personal knowledge:

1. I am an adult, employed as attorney by the law firm of Coghlan Kukankos LLC, located at 55 West Wacker Drive, Suite 1212, Chicago, Illinois 60601-1612.

2. I represent the Central States, Southeast and Southwest Areas Health and Welfare Fund ("Central States") in matters involving Central States' subrogation and reimbursement rights.

3. The Central States Health and Welfare Fund is an employee welfare benefit plan, regulated by ERISA, the Employee Retirement Income Security Act, as amended, 29 U.S.C. § 1001 *et seq*. Central States is a Taft-Hartley trust, administered pursuant to the requirements of the Act, by an equal number of employer and employee trustees.

F:244873 / 07710017 / 11/15/07           -1-                         Exhibit A

4. Central States is a not-for-profit welfare benefit plan, pursuant to an Illinois Trust Agreement, established for the purpose of providing medical and other benefits to Covered Individuals who work in the Teamster Industry, under collective bargaining agreements, requiring their employers to make contributions to Central States for their health and welfare coverage.

5. The Central States Active Plan Document describes the terms, conditions and limitations for benefit coverage provided by Central States. Central States is self-insured.

6. Defendant, Christopher Wheeler, is the son of Central States' participant Jeffrey D. Wheeler, and as such, is the Covered Dependent of Jeffrey D. Wheeler and a Covered Individual, under the terms of the Central States Plan.

7. As a Covered Individual, Christopher D. Wheeler is subject to Central States' rights of reimbursement. The terms of the Central States Plan provide that Central States is entitled to priority reimbursement ("Fund Reimbursement Rights") from property rights ("Loss Recovery Rights") of any Covered Individual, arising out of any injury of the Covered Individual for which the Fund has provided Benefits Coverage. Fund reimbursement rights extend and are equal to, all Loss Recovery Rights of every Covered Individual, to the full extent of all Related Benefits Coverage provided by Central States on behalf of that Covered Individual.

8. Central States' records indicate that Christopher Wheeler suffered physical injuries in a motor vehicle accident on October 11, 2006 in the State of Kentucky. Christopher Wheeler was a passenger in a motor vehicle that was involved in that accident and, as a result of the accident, incurred medical treatment which was paid by Central States in the amount of $187,870.27. Central States, by making payment of Christopher

Wheeler's medical bills, became entitled, pursuant to the provisions of the Central States' Plan, to reimbursement from Christopher Wheeler of $187,870.27 from his Loss Recovery Rights.

9. I have reviewed records that I have maintained regarding this case which indicate that Central States filed a Notice of Lien with Farm Bureau Insurance of Louisville, Kentucky, which I am informed and believe, provided liability insurance to the third party responsible for Christopher Wheeler's injuries and underinsured motorist coverage to Christopher Wheeler, and that Christopher Wheeler, through his attorney, Kenneth R. Haggard of Hopkinsville, Kentucky, was advised of Central States' lien and reimbursement rights on July 12, 2007 and July 23, 2007.

10. Additionally, Central States filed a Notice of Lien with State Auto Insurance, of Louisville, Kentucky on November 14, 2006. Central States is informed and believes that State Auto Insurance insured Christopher R. Wheeler for underinsured motorist coverage.

11. I am informed and believe that in 2007 Christopher Wheeler reached an agreement with Farm Bureau Insurance to settle Christopher Wheeler's claim in the amount of approximately $300,000.00 and, Christopher Wheeler received a payment of approximately $300,000.00 for his Loss Recovery Rights, which was issued by Farm Bureau Insurance payable to Christopher Wheeler (and his attorney) for all claims asserted by Christopher Wheeler for damages arising out of the motor vehicle accident on October 11, 2006.

12. I am informed and believe that in 2007, Christopher Wheeler reached an agreement with Kentucky Farm Bureau Insurance to settle Christopher Wheeler's underinsured motorist claim in the amount of $50,000.00 or $75,000.00, and that

Christopher Wheeler received a payment of $50,000.00 or $75,000.00 for his Loss Recovery Rights, which was issued by Kentucky Farm Bureau to Christopher Wheeler (and his attorney) for all claims asserted by Christopher Wheeler for damages arising out of a motor vehicle accident on October 11, 2006.

13. I am informed and believe that in 2007, Christopher Wheeler reached an agreement with State Auto Insurance to settle Christopher Wheeler's underinsured motorist claim in the amount of $50,000.00, and that Christopher Wheeler received a payment of $50,000.00 for his Loss Recovery Rights, which was issued by State Auto Insurance to Christopher Wheeler (and his attorney) for all claims asserted by Christopher Wheeler for damages arising out of the a motor vehicle accident on October 11, 2006.

14. I am informed and believe that Christopher Wheeler is currently in possession of a settlement payment which exceeds the amount of $187,870.27.

15. I am informed and believe, based upon a telephone conversation I had with attorney Kenneth R. Haggard, that Christopher Wheeler stated his intention to his attorney not to pay Central States for its Fund Reimbursement Rights and to use all or a part of his settlement recovery, including an amount representing Central States' reimbursement rights, for the purpose of purchasing a homestead property in the State of Florida.

16. I am informed and believe, based upon the telephone conversation with attorney Haggard, that Christopher Wheeler intends to buy a Florida homestead property

F:244673 / 07710017 / 11/15/07                    -4-

for the purpose of attempting to shield his settlement fund from Central States' reimbursement rights.

Further affiant sayeth not.

_Elizabeth A. Longo_ (signature)
Elizabeth A. Longo

Subscribed and sworn to before me,
a Notary Public, this __15th__
day of __November__, 2007.
__Linda M. Warren__ (signature)
Notary Public

OFFICIAL SEAL
LINDA M. WARREN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-4-2011

F:244873 / 07710017 / 11/15/07                    -5-