UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER WHEELER,<br><br>Defendant. | Case No. 07 C 6177<br>Judge Gettleman |

**NOTICE OF MOTION**

TO:  Christopher Wheeler
     5979 Greenville Road
     Elkton, KY 42220

PLEASE TAKE NOTICE that on November 27, 2007, at the hour of 9:15 a.m., the undersigned will appear before the Honorable Robert W. Gettleman, Room 1703, Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, and there present Plaintiffs' Motion for Temporary Restraining Order, a copy of which has been served upon you.

Respectfully submitted,

/s/ Francis J. Carey
A.R.D.C. 00387533
Attorney for Plaintiffs
Central States, Southeast and
Southwest Areas Health and
Welfare Fund
9377 W. Higgins Road
Rosemont, IL  60018-4938
(847) 518-9800, Ext. 3465

-2-

|  |  |
|---|---|
|  | /s/ Robert A. Coco |
|  | A.R.D.C. 06194766 |
|  | Attorney for Plaintiffs |
|  | Central States, Southeast and |
|  | Southwest Areas Health and |
|  | Welfare Fund |
|  | 9377 W. Higgins Road |
|  | Rosemont, IL  60018-4938 |
| November 16, 2007 | (847) 518-9800, Ext. 3322 |

## CERTIFICATE OF SERVICE

    I, Francis J. Carey, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Health and Welfare Fund, certify that on the 16th day of November, 2007, I caused the foregoing Plaintiffs' Notice of Motion and Motion for Temporary Restraining Order to be filed electronically. I served the foregoing by causing said Notice of Motion and Motion to be sent to:

    Christopher Wheeler
    5979 Greenville Road
    Elkton, KY 42220

Said Notice and Motion were sent by UPS overnight delivery (Tracking No.: 1Z 395 1X9 22 1008 945 4) and by First Class U.S. Mail with proper postage prepaid this 16th day of November, 2007.

                                              /s/ Francis J. Carey
                                              Francis J. Carey
                                              One of Central States' Attorneys