AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF CENTRAL STATES,
SOUTHEAST AND SOUTHWEST AREAS
HEALTH AND WELFARE FUND, Plaintiffs,

CASE NUMBER: 07C 6177

V.

ASSIGNED JUDGE: JUDGE GETTLEMAN

CHRISTOPHER WHEELER, Defendant.

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

Christopher Wheeler
5979 Greenville Road
Elkton, Kentucky  42220

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William J. Nellis
Central States, Southeast and Southwest Areas
   Health and Welfare Fund
9377 West Higgins Road
Rosemont, Illinois  60018-4938

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

NOV 0 1 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  Wed. 11/14/2007  4:35 PM |
| NAME OF SERVER (PRINT)  William E. Neal | TITLE  Special Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: _____
    Town Square in Elkton, Ky.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 70.00 | 65.00 | 135.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/14/2007
              Date

Signature of Server: William E. Neal

Neal Process Services
1901 Russellville Rd. Suite C
Bowling Green, Ky. 42101
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.