# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Trustees of Central States, Southeast and Southwest
Areas Health and Welfare Fund

                Plaintiff,

v.                                    Case No.: 1:07−cv−06177

                                          Honorable Robert W. Gettleman

Christopher Wheeler

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 26, 2007:

    MINUTE entryThe notice of plaintiff's motion for a temporary restraining order is re−set to11/29/2007 at 09:15 a.m.Telephone notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.