## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6177 | **DATE** | 11/28/2007 |
| **CASE TITLE** | Trustees of the Central States vs Christopher Wheeler | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' motion for temporary restraining order is withdrawn. By agreement, this cause is dismissed with prejudice and without costs with leave to reinstate on or before 12/28/2007. Upon failure to file a timely motion to reinstate, the dismissal with prejudice will become final in all events on 12/29/2007.
The Court retains jurisdiction to enforce the settlement.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | |
|---|---|---|