# United States District Court
## Northern District of Illinois
### Eastern Division

Trustees of Central States          **JUDGMENT IN A CIVIL CASE**

      v.                                    Case Number: 07 C 6177

Christopher Wheeler

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered dismissing this action with prejudice pursuant to Fed. R. Civ. P. 58.

                                                               Michael W. Dobbins, Clerk of Court

Date: 12/29/2007                       /s/ George D. Schwemin, Deputy Clerk